UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No. 1:15-cv-00892-DAD-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| CUCA'S MEXICAN RESTAURANTS, LLC d/b/a CUCA'S MEXICAN RESTAURANTS, et al., | (Doc. No. 30) |
| Defendants. | |
| AND RELATED COUNTER-CLAIM | |

On June 17, 2016, the parties filed a joint stipulation dismissing the action in its entirety, including the counter-claim, with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 30.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **June 20, 2016**                                 _____
                                                                              UNITED STATES DISTRICT JUDGE

1